

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00637-CR

Ramiro Rangel **CAMPOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5716
Honorable Steve Hilbig, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on November 13, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

Michael A. Cruz, Clerk of Court